**PRHLAW LLC**
PAUL R. HEJMANOWSKI (#94)
paul@prhlawllc.com
CHARLES H. McCREA (#104)
charles@prhlawllc.com
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 834-6166

**BAUTE CROCHETIERE HARTLEY & McCOY LLP**
MICHAEL J. HARTLEY (*Pro Hac Vice* to follow)
mhartley@bautelaw.com
COURTNEY A. PALKO (*Pro Hac Vice* to follow)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
Illinois National Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMMISSIONER OF INSURANCE FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS & CLARK LTC RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY f/k/a CATLIN INSURANCE COMPANY, INC.; ILLINOIS NATIONAL INSURANCE COMPANY; RSUI INDEMNITY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; US RE CONSULTING AGENCY SERVICES, INC., a Nevada corporation; UNI-TER UNDERWRITING MANAGEMENT CORP.; UNI-TER CLAIMS SERVICES CORP.; U.S. RE CORPORATION; LEWIS & CLARK LTC RISK RETENTION GROUP INC., a Nevada corporation; TAL PICCIONE, an individual; DOES 1 through 100, and each of them, inclusive; ROE COMPANIES 1 through 100, and each of them, inclusive, <br><br> Defendants. | Case No. 2:25-cv-00789-ART-EJY <br> Hon. Anne R. Traum <br><br> Notice of Removal Filed: May 6, 2025 <br><br> JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANT ILLINOIS NATIONAL INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS <br><br> **(FIRST REQUEST)** |

5365121.2                                                           1                                         Case 2:25-cv-00789-ART-EJY

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT ILLINOIS NATIONAL INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS**

1    Plaintiff Commissioner of Insurance for the State of Nevada ("Plaintiff") and Defendant
2 Illinois National Insurance Company ("Illinois National") (collectively the "Parties") hereby
3 stipulate, by and through their respective counsel of record, and subject to the Court's approval, as
4 follows:

6    1.    Plaintiff filed the Complaint in Nevada state court on December 30, 2024 (ECF #1-1)
7 and Illinois National was served with the Complaint on April 21, 2025.
8    2.    A notice of removal was filed in this action on May 6, 2025 (ECF #1).
9    3.    Illinois National's deadline to respond to the Complaint is May 13, 2025.  Fed. R. Civ.
10 Proc. 81(c)(2)(C) (seven days after notice of removal is filed).
11   4.    Illinois National requires additional time to prepare its response to the Complaint.
12   5.    The Parties therefore agree, subject to the Court's approval, to extend the deadline for
13 Illinois National to answer, move to dismiss, or otherwise respond to the Complaint by thirty (30)
14 days, to June 12, 2025.
15   6.    The Parties agree that good cause exists for this extension.
16   7.    This is Illinois National's first requested extension.
17   8.    By entering into this stipulation Plaintiff does not waive, or intend to waive, any rights
18 in this matter, including, without limitation, any and all rights related to Plaintiff's ability to seek
19 remand of this matter to Eighth Judicial District Court ("State Court") in Nevada, pursuant to 28
20 U.S.C. section 1447, or any other right or remedy, which Plaintiff expressly reserves.

5365121.2    2    Case 2:25-cv-00789-ART-EJY

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT ILLINOIS NATIONAL INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS**

1  **THE PARTIES HEREBY STIPULATE AND AGREE**, subject to the Court's approval, that Illinois National's deadline to answer, move to dismiss, or otherwise respond to the Complaint is extended to June 12, 2025.

DATED: May 12, 2025           WIRTHLIN & VERLAINE

                              By: /s/ Brenoch Wirthlin
                                  Brenoch R. Wirthlin
                              Attorneys for Plaintiff Commissioner of Insurance for the State of Nevada

DATED: May 12, 2025           PRHLAW LLC
                              BAUTE CROCHETIERE HARTLEY & McCOY LLP

                              By: /s/ Charles McCrea                      .
                                  Charles McCrea
                              Attorneys for Defendant Illinois National Insurance Company

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 12, 2025