1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Nicholas F. Adams, Esq.
   Nevada Bar No. 014813
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN, & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
5  Telephone: 702.727.1400
   Facsimile: 702.727.1401
6  Email: Sheri.Thome@wilsonelser.com
   Email: Nicholas.Adams@wilsonelser.com
7  *Attorneys for Defendant Ironshore Specialty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COMMISSIONER OF INSURANCE FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS AND CLARK LTC RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY f/k/a CATLIN INSURANCE COMPANY INC.; ILLINOIS NATIONAL INSURANCE COMPANY; RSUI INDEMNITY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; US RE CONSULTING AGENCY SERVICES, INC., a Nevada corporation; UNI-TER UNDERWRITING MANAGEMENT CORP., UNI-TER CLAIMS SERVICES CORP., U.S. RE CORPORATION; LEWIS & CLARK LTC RISK RETENTION GROUP INC., a Nevada corporation; TAL PICCIONE, an individual; DOES 1 through 100, and each of them, inclusive; ROE COMPANIES 1through 100, and each of them, inclusive, <br><br> Defendants. | Case No. 2:25-cv-00789 <br><br> **STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY'S RESPONSE TO COMPLAINT** <br> **(First Request)** |

Plaintiff, Commissioner of Insurance for the State of Nevada as Receiver of Lewis and Clark LTC Risk Retention Group, Inc. ("Plaintiff" or "Commissioner") and Defendant, Ironshore

313046554v.1

1   Specialty Insurance Company ("Ironshore"), by and through their counsel of record, hereby
2   stipulate and agree as follows:
3       This is the first stipulation to extend the time for Ironshore to respond to Plaintiff's
4   Complaint.
5       Plaintiff served the Division of Insurance with the Summons and Complaint on April 16,
6   2025. NRS 680A.260(1). The next day on April 17, 2025 the Division of Insurance forwarded the
7   Summons and Complaint to Ironshore's registered agent. *Id.*, at (2). On April 17, 2025, service on
8   Ironshore was complete. The deadline for Ironshore to respond to the Complaint is April 16, 2025.
9   *Id.* at (3); FRCP 81(c). On May 13, 2025, as a matter of professional courtesy, Plaintiff granted
10  Ironshore up to and including May 30, 2025 to respond to its Complaint.
11      Good cause exists to extend the deadline for Ironshore to respond to the Compliant. Lead
12  counsel for Ironshore will be out of the office on vacation when the response to the Complaint is
13  due. The extra time is needed to better prioritize her workload as she meets firm deadlines in other
14  matters prior to her departure. Although Ironshore's counsel has been diligent in evaluating
15  Plaintiff's Complaint, given the fact pattern alleged and the causes of action asserted by Plaintiff,
16  additional time is needed for Ironshore to fairly and adequately respond to the Complaint.
17      By entering into this stipulation Plaintiff does not waive, or intend to waive, any rights in
18  this matter, including, without limitation, any and all rights related to Plaintiff's ability to seek
19  remand of this matter to the Eighth Judicial District Court ("State Court") in Nevada pursuant to 28
20  U.S.C. section 1447, or any other right or remedy, which Plaintiff expressly reserves.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

313046554v.1

Counsel certifies that this request is made in good faith and not for the purposes of delay and request that it be granted by the Court.

DATED this day of 14th day of May, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/Nicholas F. Adams*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant Ironshore Specialty Insurance Company*

DATED this day of 14th day of May, 2024

**WIRTHLIN & VERLAINE**

BY: */s/Brenoch R. Wirthlin*
Brenoch R. Wirthlin, Esq.
Nevada Bar No. 10282
400 S. 4th Street Suite 300 Spanish Ridge Ave.
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED this 14th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

-3-

313046554v.1