UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COMMISSIONER OF INSURANCE FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS & CLARK LTC RISK RETENTION GROUP INC., <br><br>Plaintiff, <br><br>v. <br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an insurance company; INDIAN HARBOR INSURANCE COMPANY f/k/a CATLIN INSURANCE COMPANY, INC., an insurance company; ILLINOIS NATIONAL INSURANCE COMPANY, an insurance company; RSUI INDEMNITY COMPANY, an insurance company; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, an insurance company; U.S. RE CONSULTING AGENCY SERVICES, INC., a Nevada corporation; UNI-TER UNDERWRITING MANAGEMENT CORP., UNI-TER CLAIMS SERVICES CORP., U.S. RE CORPORATION; LEWIS & CLARK LTC RISK RETENTION GROUP INC., a Nevada corporation; TAL PICCIONE, an individual; DOES 1 through 100, and each of them, inclusive; ROE COMPANIES 1 through 100, and each of them, inclusive, <br><br>Defendants. | Case No. 2:25-cv-0789-ART-EJY <br><br>**ORDER** |

Pending before the Court is Plaintiff's First Motion to Extend Time (ECF No. 15) in which Plaintiff seeks, alternatively, an extension of time within which to serve certain Defendants, confirmation that late service of one individual Defendant is effective, and or a court determination that certain entities' registered agents are, in fact, the registered agents of corporate Defendants who have been properly served. What Plaintiff has not done is serve or represented any attempt to serve the instant Motion on the individual Defendant that Plaintiff says was served on May 5, 2025, or on any of the registered agents of the corporate Defendants that Plaintiff says were served on April 29,

1

1  2025.  Plaintiff failed to evidence such service despite the fact that none of these Defendants have
2  appeared and that none will receive electronic service through the Court's CM/ECF system.

3  Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** serve the First Motion to
4  Extend Time on each Defendant who is the subject of the Motion.  Such service must be by U.S.
5  Mail and, upon doing so, Plaintiff **must** file a Notice of Compliance with the Court.

6  IT IS FURTHER ORDERED that the due date for any response to the instant Motion for the
7  Defendants who are the subject of the Motion will be measured from the mailing date, plus three
8  days to account for mailing.

9  IT IS FURTHER ORDERED that any Defendant who has appeared in this matter and
10 chooses to respond to the instant Motion must file a response, if any, no later than June 2, 2025.

11 Dated this 20th day of May, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2