PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Defendant,
ENDURANCE AMERICAN
SPECIALTY INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMISSIONER OF INSURANCE FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS AND CLARK LTC RISK RETENTION GROUP, INC., <br><br>Plaintiff, <br><br>v. <br><br>IRONSHORE SPECIALTY INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY f/k/a CATLIN INSURANCE COMPANY INC.; ILLINOIS NATIONAL INSURANCE COMPANY; RSUI INDEMNITY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; US RE CONSULTING AGENCY SERVICES, INC., a Nevada corporation; UNI-TER UNDERWRITING MANAGEMENT CORP., UNI-TER CLAIMS SERVICES CORP., U.S. RE CORPORATION; LEWIS & CLARK LTC RISK RETENTION GROUP INC., a Nevada corporation; TAL PICCIONE, an individual; DOES 1 through 100, and each of them, inclusive; ROE COMPANIES 1 through 100, and each of them, inclusive, <br><br>Defendants. | Case No. 2:25-cv-00789 <br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendant Endurance American Specialty Insurance Company ("Endurance") that Endurance's time to answer, move against or otherwise respond to the Complaint filed in this action is extended to and including June 23, 2025. By entering into this stipulation, Plaintiff does not waive, or intend to waive, any rights in this matter, including, without

-1-

limitation, any and all rights related to Plaintiff's ability to seek remand of this matter to Eighth Judicial District Court in Nevada, pursuant to 28 U.S.C. Section 1447, or any other right or remedy, which Plaintiff expressly reserves. Likewise, by entering into this stipulation, Endurance does not waive, or intend to waive, any rights in this matter, and expressly reserves all of its defenses, objections, remedies to the Complaint or otherwise.

DATED this 23rd day of May, 2025.

| WIRTHLIN & VERLAINE | THORNDAL ARMSTRONG, PC |
|---|---|
| */s/ Brenoch Wirthlin* | */s/ Philip Goodhart* |
| BRENOCH WIRTHLIN, ESQ.<br>400 S. 4th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | PHILIP GOODHART, ESQ.<br>Nevada Bar No. 5332<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

**Date**: May 23, 2025

-2-