MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: mlee@ohaganmeyer.com
JOHN M. ORR, ESQ. (Nevada Bar No. 14251)
E: jorr@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant RSUI Indemnity Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMMISSIONER OF INSURANCE FOR FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS & CLARK RTC RISK RETENTION GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY; INDIAN HARBOR INSURANCE f/k/a CATLIN INSURANCE COMPANY, INC.; ILLINOIS NATIONAL INSURANCE COMPANY; RSUI INDEMNITY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; US RE CONSULTING AGENCY SERVICES, INC., a Nevada corp.; UNI-TER UNDERWRITING MANAGEMENT CORP.; UNI-TER CLAIMS SERVICES CORP.; U.S. RE CORPORATION; LEWIS & CLARK LTC RISK RETENTION GROUP INC., a Nevada corporation; TAL PICCIONE, an individual; DOES 1 through 100, and each of them, inclusive; ROE COMPANIES 1 through 100, and each of them, inclusive,<br><br>Defendants. | Case No. 2:25- cv-00789-ART-EJY<br>Hon. Anne R. Traum<br>Notice of Removal Filed May 6, 2025<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT RSUI INDEMNITY COMPANY'S RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

/ / /

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT RSUI INDEMNITY COMPANY'S RESPONSIVE PLEADING**

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTENT RESPOND DATE OF RSUI INDEMNITY COMPANY (FIRST REQUEST)**

Plaintiff Commissioner of Insurance for the State of Nevada ("Plaintiff") and Defendant, RSUI Indemnity Company ("RSUI") (collectively the "Parties") hereby stipulate, by and through their respective counsel of record, and subject to the Court's approval, as follows:

1. Plaintiff filed the Complaint in Nevada state court on December 30, 2024 (ECF #1-1) and RSUI was served with the Complaint, through the Nevada's Department of Business and Industry, Division of Insurance, on April 17, 2025.

2. A notice of removal was filed in this action on May 6, 2025 (ECF #1).

3. RSUI requires additional time to respond to the Complaint, beyond its current May 18, 2025, deadline to respond.

4. The Parties agree that good cause exists for this extension. The Parties further agree that, pursuant to LR IA 6-1, excusable neglect exists for the Parties' untimely stipulation because of the delays associated with RSUI identifying and engaging local counsel to defend this action while its lead defense counsel prepares to submits an application to practice before the Court *pro hac vice*. The Parties agree that they are not otherwise prejudiced by this extension.

5. Pursuant to a joint stipulation between Plaintiff and Defendant Illinois National Insurance Company ("Illinois National") [Doc. 4] the Court entered an order on May 12, 2025, extending Illinois National's response date to June 12, 2025 [Doc. 5].

6. The Parties agree, subject to the Court's approval, to similarly extend until June 12, 2025, RSUI's deadline to answer, move to dismiss, or otherwise respond to the Complaint.

7. This is RSUI's first requested extension.

8. By entering into this stipulation Plaintiff does not waive, or intend to waive, any rights in this matter, including, without limitation, any and all rights related to Plaintiff's ability

to seek remand of this matter to Eighth Judicial District Court ("State Court") in Nevada, pursuant to 28 U.S.C. section 1447, or any other right or remedy, which Plaintiff expressly reserves.

**THE PARTIES HEREBY STIPULATE AND AGREE,** subject to the Court's approval, that RSUI's deadline to answer, move to dismiss, or otherwise respond to the Complaint is extended *nunc pro tunc* to June 12, 2025.

DATED this 29th day of May 2025.

**WIRTHLIN & VERLAINE**

/s/*Brenoch R. Wirthlin*
Brenoch R. Wirthlin

*Attorney for Plaintiff Commissioner of Insurance for the State of Nevada*

DATED this 29th day of May 2025.

**O'HAGAN MEYER, PLLC**

/s/*Marcus Lee*
Marcus J. Lee, ESQ.
Nevada Bar No. 15769
John Orr, ESQ.
Nevada Bar No. 14251
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant RSUI Indemnity Company*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 29, 2025